658 A.2d 790

**CANONSBURG GENERAL HOSPITAL, Appellant,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW,**
Antonia Vallone, et al., Claimants, Intervenors,

**Bureau of Unemployment Compensation Benefits
and Allowances, Department of Labor and
Industry, Intervenors.**

Supreme Court of Pennsylvania.

Argued April 27, 1995.

Decided May 19, 1995.

Donald T. O'Connor, Pittsburgh, Kathy Speaker MacNett, Harrisburg, for Canonsburg Gen. Hosp.

Maribeth Wilt–Seibert, Clifford F. Blaze, Harrisburg, for UCBR.

Ronald A. Berlin, Pittsburgh, for Vallone.

Frayda Kamber, Harrisburg, for Bureau of Unemployment Compensation Benefits.

Before: NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation.